# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHN DOE, et al.,**
    **Plaintiffs,**

    v.                                      Case No. 22-C-1333

**ST. JOHN'S NORTHWESTERN MILITARY ACADEMY, et al.,**
    **Defendants.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On January 31, 2023, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by **February 28, 2023**.

2. The parties may join additional parties and amend pleadings without further leave of the court through **February 28, 2023**.

3. All requests for fact discovery shall be served by a date sufficiently early so that all fact discovery in this case can be completed no later than **November 10, 2023**.

4. The plaintiffs shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **December 31, 2023**. The defendants shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **April 1, 2024**. Plaintiff may make rebuttal expert disclosures by **June 3, 2024**

5.    a.    Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

      b.     All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

6.    a.    Any dispositive motions must be served and filed on or before **August 5, 2024**.

      b.     All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

7.    The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 31st day of January 31, 2023.

/s/Lynn Adelman
LYNN ADELMAN
District Judge