UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DOE, FATHER DOE, and
MOTHER DOE,

        Plaintiffs,

v.                            Case No. 22-CV-01333

ST. JOHN'S NORTHWESTERN
MILITARY ACADEMY, INC., et al.,

        Defendant.

**ORDER**

This matter coming before the Court on Plaintiffs' Motion to Proceed Anonymously, pursuant to Eastern District of Wisconsin Local Rule 10(c), the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Plaintiffs to proceed anonymously in this matter under the fictious names "John Doe," "Father Doe," and "Mother Doe" in order to maintain and protect the privacy of John Doe, a victim of child sexual abuse.

2. All Parties to use the same fictious names to refer to Plaintiffs in all public filings with the Court, and to further refrain from disclosing publicly the actual names and any personal identifying information of Plaintiffs.

ENTERED:

January 31, 2023                /s/Lynn Adelman
    Date                             Hon. Lynn Adelman