# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN DOE, et al. ) | |
| ) | |
| Plaintiffs, ) | No: 22-CV-01333 |
| ) | |
| v. ) | |
| ) | |
| ST. JOHN'S NORTHWESTERN ) | |
| MILITARY ACADEMY, INC., ) | |
| et al. ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This case coming before the Court, and the Court being duly advised, it is hereby ordered that:

Plaintiff requests that the current scheduling order be stricken, and the deadlines contained therein be extended to the following dates:

a. Fact discovery to be completed by February 29, 2024.

b. Plaintiffs Expert Disclosures due by April 20, 2024.

c. Defendants Expert Disclosures due by July 21, 2024.

d. Plaintiffs Rebuttal Expert Disclosures due by September 22, 2024.

e. Dispositive Motions to be filed by November 24, 2024.

**SO ORDERED:**

_____
Judge Lynn Adelman

Proposed order prepared by:
Valerie A. Letko
Attorney for Plaintiffs
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654

T: (312) 458-1000
F: (312) 458-1004
mgould@rblaw.net
vletko@rblaw.net